■ REDZEP PALJEVIC et al., Respondents, v WFC TOWER D COMPANY, Respondent, and MERRILL LYNCH & Co., INC., Sued Herein as MERRILL LYNCH & COMPANY, INC., Doing Business as MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., Defendant and Third-Party Plaintiff-Appellant. ISS CLEANING SERVICES GROUP, INC., et al., Third-Party Defendants-Respondents. [719 NYS2d 582] —In an action to recover damages for personal injuries, etc., the defendant third-party plaintiff appeals, as limited by its brief, from so much of an order of the Supreme Court, Queens County (Price, J.), dated May 1, 1999, as, upon reargument, adhered to a prior order of the same court, dated August 26, 1999, denying its motion for summary judgment dismissing the complaint and all cross claims and counterclaims insofar as asserted against it.

Ordered that the order is affirmed insofar as appealed from, with costs to the plaintiffs.

Contrary to the appellant's contention, the Supreme Court correctly determined that a triable issue of fact was raised in opposition to its prima facie showing of entitlement to summary judgment dismissing the complaint and all cross claims and counterclaims insofar as asserted against it (*see, Zuckerman v City of New York,* 49 NY2d 557). Therefore, the Supreme Court properly denied the appellant's motion. Ritter, J. P., H. Miller, Feuerstein and Smith, JJ., concur.

■ LUZ PEREZ et al., Respondents, v ARTURO PEREZ et al., Appellants, et al., Defendants. [719 NYS2d 588] —In an action to recover damages for personal injuries, the defendants Arturo Perez and Carla Perez appeal from an order of the Supreme Court, Queens County (Golia, J.), dated March 3, 2000, which granted the plaintiffs' motion for leave to substitute counsel and restore the action to the trial calendar, and denied as academic their cross motion to dismiss the complaint insofar as asserted against them.

Ordered that the order is affirmed, with costs.

The Supreme Court providently exercised its discretion in granting the plaintiffs' motion and restoring this action to the trial calendar (*see, Associated Aviation Underwriters v Island Helicopter Corp.,* 229 AD2d 409; *see generally, Marco v Sachs,* 10 NY2d 542). Bracken, Acting P. J., Santucci, Altman and Florio, JJ., concur.